<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11  STEVIE SMITH,                        No C-10-3078 VRW (PR)

12              Plaintiff,

13        v                             ORDER OF DISMISSAL

14  JOHN DOE,

15              Defendant.

16  _____/

17

18          On July 13, 2010, plaintiff, a prisoner presently

19  incarcerated at California State Prison in Corcoran and frequent

20  litigant in both state and federal court, filed a letter with the

21  court.  Doc #1.  The court clerk notified plaintiff in writing at

22  that time that because he neither filed a formal civil rights

23  complaint under 42 USC § 1983 using the court-approved form nor did

24  he pay the requisite $ 350.00 filing fee or, instead, submit a

25  signed and completed court-approved in forma pauperis application,

26  including a completed certificate of funds in his prison account and

27  a copy of his prison trust account statement for the last six months

28  obtained from the appropriate prison official, the action was

1   deficient.  See 28 USC § 1915(a)(2).  Plaintiff was advised that

2   failure to file the requested items within thirty (30) days would

3   result in dismissal of the action.  Doc ## 2 & 3.  On July 29, 2010,

4   Plaintiff filed an incomplete in forma pauperis application.  See

5   Doc #4.

6          More than forty days have elapsed since plaintiff was

7   notified of his filing deficiency; however, he neither has provided

8   the court with the requisite items nor filed a request for an

9   extension of time to do so.  The action, therefore, is DISMISSED

10  without prejudice.

11         The clerk is directed to terminate all pending motions as

12  moot and close the file.

13

14         IT IS SO ORDERED.

15

16  _____
    **VAUGHN R WALKER**
    **United States District Chief Judge**

17

18

19

20

21

22

23

24

25

26  G:\PRO-SE\VRW\CR.10\Smith-10-3078-no complaint-no ifp-dismissal.wpd

27

28                                  **2**